

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed December 10, 2013

United States Bankruptcy Judge

_____

MOD1 0013.000276

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 11-10379-RLJ-13 |
| RUSSELL HAROLD FLEMING | DATED: December 6, 2013 |
| LORI CONNER FLEMING | ATTORNEY: MONTE J WHITE & ASSOCIATES PC |
| | HEARING DATE: 12/4/2013 |

### ORDER APPROVING MODIFIED PLAN AND LIMITING NOTICE

On this day came on for consideration the "Modification of Plan After Confirmation and Order Limiting Notice" dated 10/18/2013. The Court finds that notice was and is appropriate under the circumstances, and that the Modification should be APPROVED.

**IT IS THEREFORE ORDERED** that the Modified Plan dated 10/18/2013 be and the same is hereby APPROVED, as stated below:

$328.00 is applied to case from payments paid ahead by debtor. Plan payment is increased to $363.00
beginning January, 2014 for a new base of $21,198.00 in order to pay $1,487.00 of debtor's 2012
tax refund to the Trustee for the benefit of unsecured creditors per General Order 2010-01.
Unsecured creditors must receive at least $1,487.00 before debtor is allowed a discharge.

**IT IS FURTHER ORDERED** that 25 days written Notice to the Debtor(s), Attorney for Debtor(s), the Chapter 13 Trustee, and all creditors adversely affected by such modification and opportunity for hearing, is appropriate under the circumstances.

# # # End of Order # # #

/s/ Walter O'Cheskey
_____
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424